# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2016

150970

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

KIMBERLY CORL, Personal Representative
of the ESTATE OF BRADLEY SCOTT CORL,
      Plaintiff-Appellee,

v

SC: 150970
COA: 319004
Tuscola CC: 11-026733-NI

HURON AND EASTERN RAILWAY,
COMPANY, INC., and RAILAMERICA, INC.,
      Defendants-Appellants.

_____/

      On March 10, 2016, the Court heard oral argument on the application for leave to appeal the December 23, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016



Clerk

t0330